UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------- x
WAYNE GILMORE,                                    :
an individual,                                    :
                                                  :   CIVIL ACTION
           Plaintiff,                             :
                                                  :   NO. 22-1252
v.                                                :
                                                  :   SECTION "B" (1)
RUBY IV, LLC, d/b/a IHOP,                         :
a Louisiana Limited Liability Company,            :
                                                  :
           Defendant.                             :
------------------------------------------------- x

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff, Wayne Gilmore, and Defendant, Ruby IV, LLC d/b/a IHOP, who in accordance with Local Rule 16.4, hereby file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in dispute. The parties anticipate filing a joint stipulation for dismissal at the earliest opportunity once the settlement documents are executed. The parties further respectfully request that all upcoming deadlines are adjourned while the settlement is finalized.

Dated: September 13, 2022

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Georgianne Sims* | */s/ James Waldron* |
| Georgianne Sims, Esq. (La. # 27879) | James Waldron, Esq. (La. #28797) |
| KU& MUSSMAN, P.A. | Adams and Reese LLP |
| 18501 Pines Blvd, Suite 209-A | 701 Poydras Street, Suite 4500 |
| Pembroke Pines, FL 33029 | New Orleans LA 70139 |
| Tel: (305) 891-1322 | Tel: (504) 585-0135 |
| Fax: (305) 891-4512 | Fax: (504) 566-0210 |
| Georgianne.sims@gmail.com | james.waldron@arlaw.com |

1

*Attorney for Plaintiff*                                              *Attorney for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

James Waldron, Esq.
Adams and Reese LLP
701 Poydras Street, Suite 4500
New Orleans LA 70139

By:   /s/ Georgianne Sims
       Georgianne Sims, Esq. (La. # 27879)